O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **UMG RECORDINGS, INC.,** *et al.*, § | |
| § | |
| *Plaintiffs*, § | |
| § | CIVIL ACTION NO. 5:07-cv-37 |
| v. § | |
| § | |
| **KRISTEL GOMEZ,** § | |
| § | |
| *Defendant*. § | |

## ORDER

Pending is the Plaintiffs' unopposed Motion to Dismiss. [Dkt. No. 18]. The parties inform the Court that the case has settled.

There being no objection by Defendant, the Court **GRANTS** Plaintiffs' motion. The above-named lawsuit is **DISMISSED** with prejudice, each side to bear its own costs and fees.

Any other pending motions are denied as moot.

IT IS SO ORDERED.

Done this 12th day of September, 2007, in Laredo, Texas.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.